

LANGLEY et al v. JAVITCH, BLOCK & RATHBONE, LLC, Case 4:11-cv-03430
Michael Slodov
to:
'helen_tippen@txs.uscourts.gov'
02/06/2012 11:06 AM
Cc:
"'dkurz@attorneysforconsumers.com'", "'klarson@attorneysforconsumers.com'", "'noah.radbil@attorneysforconsumers.com'", "'ecf@attorneysforconsumers.com'", "Patrick A. Clerkin"
Hide Details
From: Michael Slodov <MSlodov@JBandR.com> Sort List...

To: "'helen_tippen@txs.uscourts.gov'" <helen_tippen@txs.uscourts.gov>

Cc: "'dkurz@attorneysforconsumers.com'" <dkurz@attorneysforconsumers.com>, "'klarson@attorneysforconsumers.com'" <klarson@attorneysforconsumers.com>, "'noah.radbil@attorneysforconsumers.com'" <noah.radbil@attorneysforconsumers.com>, "'ecf@attorneysforconsumers.com'" <ecf@attorneysforconsumers.com>, "Patrick A. Clerkin" <PClerkin@JBandR.com>

Ms. Tippen/Chambers of the Honorable Melinda Harmon, Judge:

Pursuant to Paragraph X of Judge Harmon's Procedures, please accept this email as notice that the above-captioned case has been settled, subject to finalization and execution of the parties' settlement agreement.

Michael D. Slodov
Javitch, Block & Rathbone, LLC
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
Ph:      (216) 623-0000 ex. 3057
Fax:     (216) 685-3038
E-mail: mslodov@jbandr.com